UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :

    - v -                                              :           **ORDER**

CATHERINE SEEMER,                  :           24 Cr. 166 (CS)

               Defendant.      :
------------------------------------------------------------x

       An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of Twenty Five Thousand Dollars ($25,000.00) cash, to deposit the same in the registry of this Court in lieu and place of bail for the appearance of the above named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and subsequently on February 5, 2025, the Honorable Cathy Seibel sentenced the defendant to 60 months' imprisonment, 3 years' supervised release, $200 special assessment, and $635,352 in restitution.

       IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of this Court the sum of Twenty Five Thousand Dollars ($25,000.00) less the Clerk's fees, if any, to Patricia Seemer, the assignee of the cash bail posted by the defendant.

Dated: White Plains, New York
       June 18, 2025

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

CONSENTED TO
UNITED STATES ATTORNEY

By: _____
    QAIS GHAFARY
    Assistant United States Attorney
    Telephone: (212) 637-2534